IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CITY OF FRANKLIN,
Plaintiff,

v.

MACK HATCHER RETAIL PARTNERS;
HARPETH VILLAGE RETAIL PARTNERS;
HARPETH VILLAGE LEASING PARTNERS;
BANCORPSOUTH;
UNITED STATES OF AMERICA;
MIDDLE TENNESSEE ELECTRIC
MEMBERSHIP CORP.;
H AND J FOODS, LLC;
ZAXBY'S FRANCHISING, INC.;
DOVER SADDLERY RETAIL, INC.;
SMALLCAKES FRANKLIN, LLC; and
WILLIAMSON COUNTY, TENNESSEE,
Defendants.

No. 3:19-cv-00324
Judge William L. Campbell, Jr.
Magistrate Judge Jeffery S. Fensley

## ORDER DISMISSING THE UNITED STATES OF AMERICA WITH PREJUDICE

Upon consideration of the Unopposed Motion for Entry of an Order Dismissing the United States of America with Prejudice, **IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED** and the United States of America is **DISMISSED with prejudice** under Federal Rule of Civil Procedure 71.1(i)(2). Accordingly, this action is hereby **REMANDED** to the Circuit Court of Williamson County, Tennessee, and the Case Management Conference, set for June 18, 2019, is hereby **CANCELLED.** The Clerk will close the file.

IT IS SO ORDERED.

_____
**WILLIAM L. CAMPBELL, JR.**
**UNITED STATES DISTRICT JUDGE**